**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Buffet Holdings, Inc., *et al.*, | ) ) | Case No. 08-10141 (MFW) |
| Debtors. | ) ) | Jointly Administered |

**DESIGNATION OF RECORD AND**
**STATEMENT OF ISSUE ON APPEAL**

Alabama Power Company ("APCO") hereby files this Designation of Record and Statement of Issue on Appeal:

**DESIGNATION OF RECORD**

Docket
No.        Item

6          Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment filed on January 22, 2008.

32         Interim Order Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment entered on January 23, 2008.

171        Objection of Alabama Power Company to Debtors' Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment, filed on February 6, 2008.

375        Transcript of hearing held on February 13, 2008 and entered on the docket on February 26, 2008.

| | |
|---|---|
| 414 | Final Order Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment entered on February 28, 2008 (the "Utility Order"). |
| 448 | Notice of Appeal filed on March 7, 2008. |

## STATEMENT OF ISSUE ON APPEAL

Did the Bankruptcy Court err when holding that the Utility Deposit Account (as defined in the Utility Order) was an acceptable form of an assurance of payment under 11 U.S.C. § 366(c) despite the fact that such form was not satisfactory to APCO.

Dated: March 17, 2008
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ Will D[Sullivan]

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
E-mail: bsullivan@sha-llc.com
         whazeltine@sha-llc.com

- *and* –

Eric T. Ray, Esq.
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Telephone: (205) 226-3457
Facsimile: (205) 488-5845
E-mail address: eray@balch.com

*Attorneys for Alabama Power Company*