IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Buffets Holdings Inc., et al.

---

|  |  |  |
|---|---|---|
| Alabama Power Company | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   08-187 |
| v. | ) | |
| | ) | |
| | ) | |
| Buffets Holdings Inc., et al | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 08-10141 |
| | ) | Bankruptcy Appeal No. 08-7 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/27/08 was docketed in the District Court on 4/3/08:

> Final Order Pursuant to Section 366 of the Bankruptcy Code (1) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utilities Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:  April 4, 2008
To:    U.S. Bankruptcy Court
       Counsel